IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                    CASE NO. 4:19-CR-00548-BSM

CARY DELANE HART                                                  DEFENDANT

**ORDER**

Cary Hart's pro se motion to reduce his sentence and appoint counsel [Doc. No. 66] is denied because there is no right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam). Additionally, Hart's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2). . . ." Doc. No. 62 at 3. Because Hart knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571, 571–72 (8th Cir. 2019) (per curiam) (affirming dismissal of a section 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 14th day of August, 2024.

                                                                      /s/ Brian S. Miller
                                                               UNITED STATES DISTRICT JUDGE